**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LATONYA CAMPBELL, individually and on behalf of others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>SIMPLISAFE, INC.,<br><br>          Defendant. | Case No. 1:25-CV-11946-FDS |

## DEFENDANT SIMPLISAFE, INC.'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1(d) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant SimpliSafe, Inc. and their counsel certify that they have conferred:

(a) With a view towards establishing a budget for the costs of conducting the full course and various alternative courses of litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
James Daily
Deputy General Counsel
SimpliSafe, Inc.

DATED: June 22, 2026

Respectfully submitted,

DEFENDANT
SIMPLISAFE, INC.

By its Attorneys,


*/s/ Alison H. Silveira*
Daniel B. Klein (BBO# 638059)
  dklein@seyfarth.com
Alison H. Silveira (BBO #666814)
  asilveira@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport East, Suite 1200
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

Steven DiBeneditto, *pro hac vice pending*
  sdibeneditto@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:   (202) 463-2400
Facsimile:   (202) 828-5393


## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, a copy of the foregoing was filed electronically through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


*/s/ Alison H. Silveira*
Alison H. Silveira


2