**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LATONYA CAMPBELL, individually and on behalf of others similarly situated,<br><br>       Plaintiff,<br>   v.<br><br>SIMPLISAFE, INC.,<br><br>       Defendant. | Case No. 1:25-CV-11946-FDS |

**DEFENDANT SIMPLISAFE, INC.'S AMENDED AND UNOPPOSED**
**MOTION TO EXTEND TIME TO RESPOND TO JULY 6, 2026 (DKT. 34)**

Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant SimpliSafe, Inc. hereby submits this amended and corrected motion to extend the deadline to respond to Plaintiff Latonya Campbell's First Amended Complaint (Dkt. 20) and Motion for Reconsideration (Dkt. 33) to July 6, 2026. As grounds for this Motion, Defendant states:

1.     Plaintiff filed her Complaint in this matter on July 8, 2025. Dkt. 1. On September 8, 2025, Defendant timely moved to dismiss her Complaint, in its entirety. Dkt. 10-11.

2.     On September 29, Plaintiff filed a First Amended Complaint. Dkt. 20. She simultaneously filed her Opposition to Defendant's Motion to Dismiss.  Dkt. 21. Defendant filed its Reply on October 14, 2025, seeking only to dismiss Count II of the First Amended Complaint in light of Plaintiff's amendments. Dkt. 24.

3.     On June 3, 2026, the Court granted Defendant's motion to dismiss, and dismissed Count II of the First Amended Complaint. Dkt. 30.

4.     Pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendant's Answer to the First Amended Complaint as to the remaining counts was due June 17, 2026. However, on June 17, 2026, and after conferral between the parties, Plaintiff filed a Motion for Reconsideration of the

Memorandum and Order Dismissing Count II (Dkt. 32-33). Defendant is currently reviewing the motion and, as of the date of this filing, intends to oppose the Motion for Reconsideration. Its opposition is currently due, pursuant to Local Rule 7.1(b)(2), on or before July 1, 2026.

5.      Defendant respectfully requests that the Court extend its time to file its responsive pleading to the First Amended Complaint and its Opposition to Plaintiff's Motion for Reconsideration to July 6, 2026.

6.      The parties have conferred and Plaintiff's counsel does not oppose the requested extensions.

WHEREFORE, Defendant respectfully requests that the Court extend the date for its responsive pleading to the First Amended Complaint and to file its Opposition to Plaintiff's Motion for Reconsideration to July 6, 2026.

DATED: June 24, 2026

Respectfully submitted,

DEFENDANT
SIMPLISAFE, INC.

By its Attorneys,


/s/ Alison H. Silveira
Daniel B. Klein (BBO# 638059)
  dklein@seyfarth.com
Alison H. Silveira (BBO #666814)
  asilveira@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport East, Suite 1200
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

Steven DiBeneditto, *pro hac vice pending*
  sdibeneditto@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:   (202) 463-2400
Facsimile:   (202) 828-5393


## LOCAL RULE 7.1 CERTIFICATION

I, Alison Silveira, hereby certify, pursuant to Local Rule 7.1(a)(2), that I conferred with Plaintiff's counsel regarding the present motion, by email on June 18 and June 22, 2026, and by telephone on June 22, 2026.  Plaintiff's counsel does not oppose the extensions requested by this Motion.


/s/ Alison H. Silveira
Alison H. Silveira

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2026, a copy of the foregoing was filed electronically through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Alison H. Silveira*
Alison H. Silveira