UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LATONYA CAMPBELL, individually and
on behalf of others similarly situated,

Plaintiff,

v.                                                    Civil Action No. 1:25-cv-11946-FDS

SIMPLISAFE, INC.,

Defendant.

**PLAINTIFF'S CERTIFICATION REQUIRED BY LOCAL RULE 16.1(d)(3)**

Plaintiff LaTonya Campbell and Plaintiff's counsel submit this certification pursuant to

Local Rule 16.1(d)(3).

Plaintiff and Plaintiff's counsel certify that they have conferred with a view to

establishing a budget for the costs of conducting the full course and various alternative courses

of the litigation.

Plaintiff and Plaintiff's counsel further certify that they have conferred to consider the

resolution of this litigation through the use of alternative dispute resolution programs, including

those outlined in Local Rule 16.4.

Dated:  June 29, 2026

PLAINTIFF:

*Latonya Campbell*
_____
LaTonya Campbell
Plaintiff

PLAINTIFF'S COUNSEL:

/s/ Nicholas R. Conlon
Nicholas R. Conlon
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: (877) 561-0000
Fax: (855) 582-5297
Email: nicholasconlon@jtblawgroup.com

/s/ Benjamin K. Steffans

1

Benjamin K. Steffans
STEFFANS LEGAL LLC
180 Elm Street
Suite I, Box 183
Pittsfield, MA 01201
Telephone: (413) 418-4176
Email: bsteffans@steffanslegal.com

Counsel for Plaintiff LaTonya Campbell

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I caused the foregoing Plaintiff's Certification Required by Local Rule 16.1(d)(3) to be filed through the Court's CM/ECF system. The CM/ECF filing completed on June 29, 2026, and the Court's electronic filing system will serve notice of the filing on all counsel of record, including the following counsel for Defendant SimpliSafe, Inc.:

Alison H. Silveira
Seyfarth Shaw LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210

Daniel B. Klein
Seyfarth Shaw LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210

Steven Joseph DiBeneditto, Jr.
3444 Fairfax Drive, Apartment 1237
Arlington, VA 22201

Dated: June 29, 2026

/s/ Nicholas R. Conlon
Nicholas R. Conlon
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: (877) 561-0000
Fax: (855) 582-5297
Email: nicholasconlon@jtblawgroup.com

Counsel for Plaintiff LaTonya Campbell

3